ASE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br> Jose LOPEZ-Lopez,<br><br>                    Defendant. | Case No.:  26MJ8705-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 27, 2026, within the Southern District of California, defendant, Jose LOPEZ-Lopez, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 454.56 kilograms (1002.13 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

GIOVANN
I J FITCH
Digitally signed by
GIOVANNI J FITCH
Date: 2026.07.28
04:09:45 -07'00'

_____
Special Agent Giovanni Fitch
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd day of July 2026.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

United States of America
                    v.
Jose LOPEZ-Lopez

## STATEMENT OF FACTS

On July 27, 2026, at approximately 7:51 p.m., Jose LOPEZ-Lopez (LOPEZ), a citizen of Mexico, applied for entry into the United States at the Calexico, California East Port of Entry via cargo primary lane #1. At primary inspection, Customs and Border Protection Officer (CBPO) Bell received a computer-generated alert and referred LOPEZ for a secondary inspection and X-Ray scan of the truck and trailer that LOPEZ was driving. CBPO Siquieros then conducted the X-Ray scan of the truck and trailer which revealed anomalies and inconsistencies in the bed of the trailer. CBPO Siquieros then conducted a physical inspection of the trailer which resulted in the discovery of white powder concealed within the flooring of the trailer.

Based on the suspected narcotics detected, Canine Enforcement Officer (CEO) Saldivar, who was conducting canine operations with his assigned Human Narcotics Detection Dog (HNDD), were tasked to perform a screen of the vehicle. CEO Saldivar advised CBPOs that his HNDD alerted to the bed of the trailer. CBPO Gradilla then conducted a field test of the white powder substance using a Gemini Analyzer, which resulted in a positive test for cocaine. Further inspection of the trailer revealed a total of 366 tape-sealed packages of cocaine concealed within the trailer with a total approximate weight of 454.56 kilograms (1002.13 pounds).

LOPEZ was advised of his rights per Miranda. LOPEZ stated he understood his rights and was willing to answer without the presence of an attorney. LOPEZ stated he picked up the truck and trailer from a truck lot used by his employer in Mexicali, Mexico, and was instructed to travel to Phoenix, Arizona. LOPEZ denied knowledge of the presence of narcotics in his trailer.

LOPEZ was charged with a violation of Title 21, United States Code Section 952 and 960, for Importation of a Controlled Substance, and was booked into the GEO El Centro Detention Facility to await initial appearance.